FILED:  December 29, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1930

(A201-297-410)

(A201-297-412)

_____

JESSICA PAULINA CRUZ-MARTINEZ, a/k/a Yesica Paulina Cruz Martinez;
JOSELYN YAMILETH CRUZ-MARTINEZ

        Petitioners

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the

motion to remand.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk